UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JACKELYN RODRIGUEZ,          )
          )
      Plaintiff,       )
          )      **JUDGMENT IN A CIVIL CASE**
vs.            )      **CASE NO. 5:23-CV-403-D**
          )
FASTMED URGENT CARE, P.C.,    )
          )
          )
          )
      Defendant.     )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES defendant's motion to dismiss for lack of subject-matter jurisdiction [D.E. 16], GRANTS IN PART and DENIES IN PART defendant's motion to dismiss for failure to state a claim [D.E. 16], DISMISSES WITHOUT PREJUDICE plaintiff's federal claim in count one, and DECLINES TO EXERCISE JURISDICTION over plaintiff's state-law claims in counts two, three, and four. Thus, the court DISMISSES WITIIOUT PREJUDICE plaintiff's state-law claims.

This Judgment filed and entered on October 9, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)


October 9, 2024             Peter A. Moore, Jr.        
                             Clerk of Court



                             By: /s/ Stephanie Mann      
                             Deputy Clerk